**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jose Luis Torres Rodriguez, | ) | No. CV05-2092 PHX-DGC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| City of Phoenix, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Defendants' motion to dismiss the City of Phoenix Police Department as a party on the ground that it is a non-jural entity incapable of being sued. Doc. #11. Defendants filed this motion on September 7, 2005. *Id.* To date, Plaintiff has not responded to the motion.

Pursuant to Local Rule of Civil Procedure 7.2(i), the Court will deem Plaintiff's failure to respond as a consent to granting of the motion. *See Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (district court did not err in summarily granting the defendants' motion to dismiss pursuant to a local rule where the pro se plaintiff failed to respond to the motion).

**IT IS ORDERED** that Defendants' motion to dismiss the City of Phoenix Police Department is **granted.**

DATED this 1st day of December, 2005.

David G. Campbell
United States District Judge